DUVALL

FILED
09/10/2021
Flathead County
Justice Court
STATE OF MONTANA
By: Kayla Kile
CR-385-2021-0000665
Sullivan, Paul

Alison E. Howard
OFFICE OF THE COUNTY ATTORNEY
Flathead County, Montana
820 South Main Street
Kalispell, MT 59901
    Telephone: (406) 758-5630
    Attorneys for the State of Montana

CR-21-665

IN THE JUSTICE COURT OF THE STATE OF MONTANA
COUNTY OF FLATHEAD

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: E1102949; 2950; 3362; 3363 |
| Plaintiff, | |
| vs. | INITIAL APPEARANCE |
| CHRISTOPHER DUVALL, | |
| Defendant | |

Pursuant to Rule 5(a) F.R.Crim.P., the Defendant appeared before this Court at _2pm_ o'clock ____.m. this day. The Defendant was advised of the charges against him alleging he committed the following petty offenses: **Exceeding Posted Speed Limit (65/35 zone)** pursuant to § 36 CFR 4.21(c); **Violate Traffic Control Device: crossing centerline** pursuant to § 36 CFR 4.12; **Operating Motor Vehicle While Under the Influence to an Unsafe Degree** pursuant to § 36 CFR 4.23(a)(1); and **Possession of Drug Paraphernalia** pursuant to § 18 USC (MCA 45-10-103), all alleged to have been committed on September 10, 2021. Defendant was advised that the maximum penalty for the DUI offense is six months in jail and a $5,000.00 fine, or both. The Defendant was further advised that he had the right to retain counsel, the right to remain silent and that any statement that he made could be used against him at trial.

INITIAL APPEARANCE                                                        PAGE 1

.The Defendant was ordered to appear before the United States Magistrate on October 14, 2021 at 9:00 o'clock A.M. at the Missouri River Courthouse, 125 Central Avenue W, in Great Falls, Montana, for an Arraignment.

The Defendant was released on (own recognizance) or ($_____ Bond) upon the following conditions:

a. Defendant shall not violate any federal, state or local laws;

b. Defendant shall not consume alcohol or enter any bars;

c. Defendant shall not drive unless it is lawful to do so;

d. Defendant shall make all Court appearances;

e. Defendant shall not enter Glacier National Park except to make Court appearances or for purposes of employment.

DATED THIS 10th day of September, 2021.

_____
JUSTICE OF THE PEACE

## Arrest/Mandatory Appearance Information Sheet

NP21212803

Date/Time of Incident 09/09/2021  2237        Case Incident # GLAC202100009490

Issuing/Arresting Ranger  Seth Cecchett        Next Duty Shift  09/10/2021 1400-2300

Name of Individual Cited/Arrested  Christopher X. Duvall        DOB 08/11/1992

Address  10488 Sunlight LN  Conifer, Colorado 80433

Mandatory Appearance Violation Notice (Y or N)  Yes    Arrest (Y or N)  Yes

Mandatory Appearance Date/Time/Location  10/14/2021 0906 hours  125 Central Ave. West Great Falls, MT

If Alcohol Related Violation, BA Level _____  Method Used  Drugs (marijuana)

| Offense Description | Offense Code | Bail/Forfeiture Bond Amount | VN P# |
|---|---|---|---|
| DUI/Unsafe Degree | 36 CFR 4.23(a)(1) | | E1103362 |
| Paraphernalia | ~~36 CFR~~ 18 USC mcA 45-10-103 | | E1103363 |
| Speeding 62/35 | 36 CFR 4.21(c) | | E1102949 |
| Traffic Control/centerline | 36 CFR 4.12 | | E1102950 |

**Brief Summary of Incident:** Speeding 62 mPH in a 35. Crossed centerline, odor of marijuana, admitted to recently smoking marijuana. Failed HGN & ARIDE. Conflicting responses to questions, dilated pupils. Last speed limit signed he remembered was a 70 mPH. Passed through five speed limit changes since last 70 mPH sign.

**Extenuating Circumstances:** shoplifting, camping citations, warrant out of Boise, ID

**Background Check Information:**

**Recommended Action/Penalties if Defendant Pleads Guilty on Initial Appearance:**
Basic Penalties